## BENNING *v.* THE STATE.

Evans, J. This case is controlled by the case of *Edwards* v. *State*, this day decided. *Ante*, 542.

*Judgment affirmed. All the Justices concur, except Simmons, C. J. absent.*

---

## McELROY *v.* THE STATE.

Fish, P. J. Until there has been a judgment finally disposing of the case in the trial court, the Supreme Court has no jurisdiction to pass upon an assignment of error complaining of the striking of a plea of former jeopardy, filed by the accused. *Fugazzi* v. *Tomlinson*, 119 *Ga.* 622, and cit.

*Writ of error dismissed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 20, — Decided August 1, 1905.

*S. C. Crane,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.